No. 179. NASTA ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick, Alan S. Rosenthal* and *David L. Rose* for the United States.

No. 180. GARFIELD *v.* PALMIERI, U. S. DISTRICT JUDGE. C. A. 2d Cir. Certiorari denied. *Gustave B. Garfield* pro se. *Solicitor General Cox, Assistant Attorney General Orrick, Alan S. Rosenthal* and *Anthony L. Mondello* for respondent.

No. 185. MIDESSA TELEVISION Co., INC., *v.* MOTION PICTURES FOR TELEVISION, INC. C. A. 5th Cir. Certiorari denied. *W. B. Browder, Jr.* for petitioner. *Frank Bezoni* and *Thomas O. McWhorter* for respondent.

No. 186. BANKERS LIFE & CASUALTY Co. *v.* BELLANCA CORP. C. A. 7th Cir. Certiorari denied. *Charles F. Short, Jr.* for petitioner. *John Paul Stevens, George N. Craig* and *William G. Myers* for respondent.

No. 189. RAPPAPORT ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Petitioners *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 193. BAXTER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *William Earl Badgett* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.